NEW ATLANTIC GARDEN, INC., Appellant, v. ATLANTIC GARDEN REALTY CORPORATION, Respondent.

*Landlord and tenant — lease — specific performance — action to compel specific performance of provision in lease requiring notice to tenant of proposed sale with option to purchase.*

New Atlantic Garden, Inc., v. Atlantic G. R. Corpn., 201 App. Div. 404, affirmed.

(Argued November 22, 1923; decided December 27, 1923.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered January 25, 1923, modifying and affirming as modified a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term. The action was to compel specific performance of a provision in a lease requiring notice to the tenant of a proposed sale of the premises and giving to it an option to purchase upon the proposed terms and conditions. The Appellate Division modified a judgment for plaintiff by striking from the decree the provisions thereof requiring the defendant to specifically perform its contract and to convey said premises upon the terms and as provided in said decree, and affirmed the said judgment to the extent of restraining the defendant from making any sale of the premises demised to the plaintiff until the defendant shall have first given the plaintiff a notice of the substance of the terms of the contemplated sale of said premises and according to the plaintiff the first right to purchase the same pursuant to the provisions of the 48th paragraph of the lease.

*Samuel Seabury, George Trosk* and *Hobart S. Bird* for appellant.

*Samuel Levy* and *Reuben Rodecker* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J.; HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.